UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00258 |
| | ) | JUDGE CAMPBELL |
| MIGUEL PADILLA | ) | |

ORDER

Pending before the Court is Defendant's Motion for Exculpatory Evidence (Docket No. 335), and the Government's Response (Docket No. 366) thereto.

Through the Motion, the Defendant seeks 13 separate categories of information, some with various subparts, as well as information regarding informants and eyewitness identifications. In its Response, the Government indicates that it intends to disclose Brady material and Jencks material, and meet its other discovery obligations, at the time required by law.

In a prior Order (Docket No. 355), the Court ordered the Government to produce Jencks material on or before August 31, 2012. To the extent the Defendant's Motion seeks Jencks material, the Court will hold the Government to the August 31, 2012 deadline. In all other respects, the Defendant's Motion is DENIED because it fails to support the requests for information with specific legal authorities applied to the specific facts of this case.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE