UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:10-00258 |
| ) | JUDGE CAMPBELL |
| MIGUEL PADILLA ) | |

ORDER

Pending before the Court is a Motion for Leave to Proceed Ex Parte and Under Seal (Docket No. 423). The Motion is GRANTED.

The Court will hold an ex parte hearing to consider the Defendant's proposed budget on October 31, 2012, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE