UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00258 |
| | ) | JUDGE CAMPBELL |
| MIGUEL PADILLA | ) | |

<u>ORDER</u>

Pending before the Court is the Government's Motion in Limine to Exclude Evidence and Argument About the Timing of the Superseding Indictment (Docket No. 386). The Motion was GRANTED at trial.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE