UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00258 |
| | ) | JUDGE CAMPBELL |
| MIGUEL PADILLA | ) | |

ORDER

Pending before the Court is the Defendant's Unopposed Motion To Continue Sentencing Hearing (Docket No. 583). Through the Motion, the Defendant requests that the sentencing hearing, currently set for February 21, 2014, be continued because counsel needs additional time to prepare for the hearing.

The Motion is GRANTED. Accordingly, the sentencing hearing is CONTINUED until March 6, 2014, at 1:00 p.m.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE